Henry Patrick Nelson, CSB #32249
Elise H. Hur, CSB #258291

Nelson & Fulton
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
Tel. (213) 365-2703 / Fax (213) 365-9130
nelson-fulton@nelson-fulton.com

Attorneys for Defendants,
Sgt. Dexter Carter, Deputy Vanessa Morales, Deputy Stuart Moses, Nurse Cynthia Carreon

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT SPENGLER, | CASE NO. CV 16-6509-DOC (SP) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LOS ANGELES COUNTY JAIL MEDICAL, et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation of the parties for Dismissal of all claims in the above-entitled action, IT IS HEREBY ORDERED that the Stipulation is hereby GRANTED as requested, and this matter is DISMISSED with prejudice.

DATED: September 20, 2018

_____
HON. SHERI PYM
United States Magistrate Judge

-1-

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3435 Wilshire Boulevard, Suite 2800, Los Angeles, California 90010.

On September 19, 2018, I served the within document described as:

**(Proposed) ORDER OF DISMISSAL**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**MICHAEL R. SPENGLER**
**Booking #3984203**
**Twin Towers Correctional Facility**
**450 Bauchet Street**
**Los Angeles, CA 90012**
*Pro Se*

**[BY MAIL]** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the U.S. Postal Service the same day as it is placed for collection.

**[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed September 19, 2018, in Los Angeles, California.

                             s / Patricia Garcia
                             **PATRICIA GARCIA**